UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00088-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL SHAWN RADECKY,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, June 8, 2011,** and responses to these motions shall be filed by **Monday, June 20 , 2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, and final trial preparation conference may be set at a future date upon the request of counsel.  It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, July 11, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: May 17, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge