UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00088-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SHAWN RADECKY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on September 19, 2011. A Change of Plea hearing is set for **Wednesday, November 2, 2011 at 3:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS** before the hearing date. If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: September 19, 2011