UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00088-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SHAWN RADECKY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Motion to Reschedule Change of Plea Hearing (ECF No. 21) is **GRANTED.** The Change of Plea hearing set for Wednesday, November 2, 2011 at 3:00 p.m. is **VACATED and RESET to Friday, December 2, 2011 at 9:00 a.m.**

    Dated: September 20, 2011